UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CARRIE WRIGHT | CIVIL ACTION |
| VERSUS | NO: 09-2032 |
| USAA, et al. | SECTION: R |

**ORDER AND REASONS**

Before the Court is defendant United Services Automobile Association's motion to dismiss for lack of subject matter jurisdiction. R. Doc. 7. Plaintiff argues that this matter falls within the Court's diversity jurisdiction. The parties agree that plaintiff is a citizen of Louisiana, but they dispute the citizenship of USAA. This Court already addressed the issue of USAA's citizenship in *Ourso v. United Services Auto. Ass'n*, No. 06-4354, 2007 WL 275902 (E.D. La. Jan. 25, 2007). Plaintiff has not presented any arguments that were not addressed in that order. For the reasons stated in *Ourso*, and in light of the evidence submitted by USAA in this matter, *see* R. Doc. 7-3,

USAA's motion is GRANTED and this action is DISMISSED WITHOUT PREJUDICE.

New Orleans, Louisiana, this 2nd day of June, 2009.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE